ROBERT YATES, RESPONDENT, *v.* JOHN SAMMOND, APPELLANT.

APPEAL from a judgment entered in favor of the plaintiff upon the report of a referee.

This case depended entirely upon a question of fact. The court at General Term was of opinion that the testimony was sufficient to uphold the referee's findings, and affirmed the judgment.

*J. S. L. Cummins,* for the appellant.

*Abel Crook,* for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment affirmed, with costs.